ORIGINAL

Entered
4/5/22
@
11:31AM
ML

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **Criminal Action** |
| ) | **Docket No. 19-40019-TSH** |
| **ANTONIO SANTONASTASO** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

## VERDICT FORM

1. As to Count One of the Indictment, charging the defendant ANTONIO
   SANTONASTASO with knowingly and willfully serving in any capacity as an airman
   without an airman's certificate, we the jury, find the Defendant, ANTONIO
   SANTONASTASO:

   ____ NOT GUILTY        X GUILTY

2. As to Count Two of the Indictment, charging the defendant ANTONIO
   SANTONASTASO with making false statements to the Federal Aviation Administration
   on April 18, 2018, to wit: that he was not involved in the theft of a helicopter from
   Norwood Airport in May 2000, we the jury, find the Defendant, ANTONIO
   SANTONASTASO:

   ____ NOT GUILTY        X GUILTY

1

3. As to Count Three of the Indictment, charging the defendant ANTONIO SANTONASTASO with making a false statement to the United States Department of Transportation, Office of the Inspector General on April 17, 2019, to wit: that employees of the examining physician completed SANTONASTASO's application for an airman medical certificate, we the jury, find the Defendant, ANTONIO SANTONASTASO:

<u>  X  </u> NOT GUILTY            ____ GUILTY

4. As to Count Four of the Indictment, charging the defendant ANTONIO SANTONASTASO with attempted witness tampering, we the jury, find the Defendant, ANTONIO SANTONASTASO:

____ NOT GUILTY            <u>  X  </u> GUILTY

Please stop here, and date and sign the verdict slip.

The foregoing represents the unanimous decision of the jury.

4/5/2022
Date

Michael R Cravven
Foreperson

4/5/22
11:18

2

Can we have copies of all the
stipulations? and agreements
entered into the record?

Michael Gmirgutt

4/4/22
12:08

What is the definition of the
application for an airman medical
certificate?

What is the process? Where does
the process end?
~~Where does the process~~

Is the doctor's portion part of
the application process?


Michael Gonyeault
Michael R Gonyeault

12:37pm
4-4-22

The language in the Indictment
is not the same as the language
in the verdict form. [crossed out]

Can you please clarify this for
us.

Michael Comiço[?]
Michael R Cunn[?]

9:00Am
4/5/22
rc
C

The jury has come to a verdict

Michael Camirant

Michael R Camirant

4/5/22
11:12 Am